IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONIA VELAZQUEZ,<br>    Plaintiff,<br><br>    v.<br><br>PROGRESSIVE AMERICAN INSURANCE COMPANY,<br>    Defendant. | CIVIL ACTION<br><br><br><br>NO. 19-3665 |

**ORDER**

AND NOW, this 16th day of January, 2020, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 3) and the Response (Doc. No. 4) thereto, it is hereby ORDERED that Defendant's Motion is GRANTED.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.